# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Dan Sweigart, Claudia Benack, Christine : | |
| McNally, Patti Joseph, Margaret  Alice : | |
| Bothwell (Thomson), Beverly Romano, : | |
| Georgene Siroky, Leslie Hyde, Lou : | |
| Sanotra, Rose Lepri, Edward Szabo, : | |
| Diane Szabo, Elizabeth Szabo, Nancy : | |
| Kusko, Travis Boyle, Carrie Boyle, : | |
| Judith Frazier, Betty Caricchio, Kirk : | |
| Bruce, Donna Schaude, Janice Knapp, : | |
| Jacqueline Carlucci, Eleanor Jane Check, : | |
| Cathy Newell, Vicki Conti, Brian : | |
| Jackson, Katherine Jackson, Lorren : | |
| Pallone, Anne Pieto, Toni Weston, Keith : | |
| Miller, Rose Mugo, Mike Janosik, : | |
| Dawna Fisher, Matt Mager, Domenic : | |
| Medina, Nina Carilli, Nancy : | |
| Rogozinski, Albert Sanders and : | |
| Justin Rees, a/k/a Concerned Owners of : | |
| Homes in London Towne Homeowners : | |
| Association : | |
| : | |
| v. : | No. 591 C.D. 2021 |
| : | |
| London Towne Homeowners : | |
| Association and Bennett Carlise : | |
| : | |
| v. : | |
| : | |
| Matthew Serota : | |
| : | |
| Appeal of: Bennett Carlise : | |

**PER CURIAM**                    **O R D E R**

NOW, October 6, 2022, having considered Appellant Bennett Carlise's application for reargument, the application is denied.